PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 26, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | CASE NO. 2:23-mj-0141 DB |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| DAKOTA JEREMIAH PEVINO, Aka Dakota Jeremiah Viggiano, Defendant. | **UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 10/26/2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER